UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA DAVIS-HARRIS,

    Plaintiff,

v.

Case No. 25-cv-11617
Hon. Matthew F. Leitman

CARRINGTON MORTGAGE SERVICE, *et al.*,

    Defendants.
_____/

## ORDER TEMPORARILY RESTRAINING SHERIFF'S SALE OF 24658 PEMBROOKE DRIVE, SOUTHFIELD, MI 48033

On May 30, 2025, Plaintiff Julia Harris-Davis filed a *pro se* Complaint against Defendants Carrington Mortgage Service, LLC and Orlans Law Group PLLC in which she challenges the right of Defendants to foreclose on her residence located at 24658 Pembrooke Drive, Southfield, MI 48033 (the "Property"). (*See* Compl., ECF No. 1.)  On the same day, Harris-Davis also filed an *ex parte* Motion for Temporary Restraining Order (ECF No. 3) in which she seeks to prevent Defendants from completing a sheriff's sale scheduled for June 3, 2025.  On June 2, 2025, the Court held an *ex parte* hearing on the motion.  During the hearing, Harris-Davis swore under oath that the contents of her Complaint, motion, and the statements made on the record were true.

1

The Court is persuaded that it should temporarily enjoin the scheduled sale. Harris-Davis has presented colorable claims that the foreclosure on her residence may be unlawful and has persuaded the Court that she would suffer irreparable harm if the sale were completed as scheduled. Harris-Davis indicated that the Property is the primary residence for her, her disabled husband, and her two adult children. The Court concludes, out of an abundance of caution, that the safest course of action is to halt the sale so the Court can hear from both sides before reaching a decision.

The Court enters this order on an *ex parte* basis because it was persuaded by Harris-Davis's explanation on the record as to the reasons she filed the Complaint and motion when she did and the reasons that she was not able to give notice to Defendants in advance of the hearing.

Accordingly, **IT IS HEREBY ORDERED** that Carrington Mortgage Service, LLC, Orlans Law Group PLLC, and their officers, agents, servants, employees, and attorneys, and anyone directed by or acting on behalf of Carrington Mortgage Service, LLC and Orlans Law Group PLLC, shall not complete a sheriff's sale of 24658 Pembrooke Drive, Southfield, MI 48033. This order expires on June 16, 2025.

The Court declines to order Harris-Davis to post security for the temporary restraining order because the Court is not persuaded that it is necessary or that it would be just and appropriate under the circumstances present here.

This order was entered at 1:08 p.m. on June 2, 2025.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 2, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 2, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126