UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA DAVIS-HARRIS,

    Plaintiff,

v.

Case No. 25-cv-11617

Hon. Matthew F. Leitman

CARRINGTON MORTGAGE SERVICE, *et al.*,

    Defendants.

_____/

## ORDER CONCERNING PENDING MOTIONS

On June 25, 2025, the Court held a status conference with Plaintiff Julia Davis-Harris and counsel for Defendants Carrington Mortgage Service LLC ("Carrington") and Orlans Law Group, PLLC ("Orlans"). During the conference, counsel for Defendants informed the Court that the sheriff's sale of Plaintiff's property, 24658 Pembrooke Drive, Southfield, MI 48033, would not occur sooner than July 22, 2025. Based on that representation, the Court sets the following schedule in connection with the pending and to-be-filed motions:

1. If Orlans wishes to file a motion to dismiss, it shall do so by **not later than July 7, 2025**.

2. Plaintiff shall respond to the pending motion to dismiss by Carrington (*see* ECF No. 14) and any motion to dismiss

filed by Orlans by **not later than close of business on July 18, 2025**.

3. Defendants shall file a response to Plaintiff's motion for temporary restraining order/injunction (*see* ECF No. 3) by **not later than July 10, 2025**. Their responses may incorporate the arguments in their respective motions to dismiss.

4. If Defendants wish to file a response to Plaintiff's "motion for show cause of proof of ownership" that she described on the record during the status conference, that response shall be filed by **not later than July 10, 2025**.

5. The Court will hold a hearing on all pending motions in-person on **July 21, 2025 at 9:00 a.m**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2