UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA DAVIS-HARRIS,

     Plaintiff,

                                      Case No. 25-cv-11617

v.                                      Hon. Matthew F. Leitman

CARRINGTON MORTGAGE SERVICE, *et al.*,

     Defendants.

_____/

**ORDER DENYING (1) MOTION TO EXTEND TEMPORARY RESTRAINING ORDER (ECF No. 19); (2) REQUEST FOR ORDER TO SHOW CAUSE (ECF No. 18); (3) MOTION TO STRIKE NOTICE OF APPEARANCE OF MADDIN, HAUSER, ROTH, & HELLER, P.C. (ECF No. 28); (4) MOTION FOR A MORE DEFINITE STATEMENT AND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE (ECF No. 31)**

On August 14, 2025, the Court held a hearing on several currently-pending motions. For the reasons explained on the record during the hearing, the following motions are **DENIED**:

1. Motion to Extend Temporary Restraining Order (ECF No. 19);

2. Request for Order to Show Cause (ECF No. 18);

3. Motion to Strike Notice of Appearance of Maddin, Hauser, Roth, & Heller, P.C. (ECF No. 28); and

4. Motion for a More Definite Statement and Motion for Extension of Time to File Response (ECF No. 31).

1

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 14, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 14, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126