UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA DAVIS-HARRIS,

     Plaintiff,

                                             Case No. 25-cv-11617

v.                                    Hon. Matthew F. Leitman

CARRINGTON MORTGAGE SERVICE, *et al.*,

     Defendants.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's federal claims are

**DISMISSED WITH PREJUDICE** and Plaintiff's state-law claims are

**DISMISSED WITHOUT PREJUDICE**.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                        By:    s/Holly A. Ryan_____
                                      Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 25, 2026
Detroit, Michigan

1