UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIA DAVIS-HARRIS,

      Plaintiff,                          Case No. 25-cv-11617
                                       Hon. Matthew F. Leitman
v.

CARRINGTON MORTGAGE SERVICE, *et al.*,

      Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION
## FOR RECONSIDERATION (ECF No. 60)

On March 24, 2026, Plaintiff Julia Davis-Harris filed a motion for reconsideration of the Court's February 25, 2026, order dismissing her Complaint and its February 25, 2026, judgment that it entered against her. (*See* Mot., ECF No. 60.) The Court has carefully reviewed the motion, and Davis-Harris has not persuaded the Court that it made any error or that there is any basis for the Court to reconsider the entry of judgment against her. Davis-Harris' motion for reconsideration is therefore **DENIED**.

      **IT IS SO ORDERED**.

                                 s/Matthew F. Leitman
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated:  March 25, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126